IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:06cr46(1) |
| | § | |
| | § | |
| WILFORD EARL PATTON, | § | |
| Defendant | § | |

# MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. It is further **ORDERED** that Defendant's motion [Docket No. 112] is therefore **DENIED**.

So **ORDERED** and **SIGNED** this **13** day of **September, 2010.**

_____
Ron Clark, United States District Judge